3:26MJ5209

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael J. LaPointe, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I make this affidavit in support of an application under Rules 4 and 4.1 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of Jeremy Lawrence **BADAS** ("**BADAS**") and Crystal Rose **HARTFORD** ("**HARFTORD**") for violations of Title 21, United States Code, Sections 841(a)(1) and 846 – Possession with Intent to Distribute a Controlled Substance and Drug Conspiracy.

2.      The facts and information set forth in this affidavit are based on my personal observations, review of records and figures, my training and experience, and, as specifically attributed below, information obtained from state and local law enforcement officers, including officers and agents of the Drug Enforcement Administration Toledo Resident Office (DEA TRO), the United States Postal Inspection Service (USPIS), the Toledo Police Department (TPD), the U.S. Border Patrol (USBP), and other witnesses. To the extent that any information in the affidavit is not within my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true.

3.       This affidavit is made for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant for **BADAS** and **HARTFORD** and does not purport to set forth all my knowledge of, or investigation into, this matter. Rather, I have set forth only those facts necessary to establish probable cause that a violation of the federal laws identified above has occurred.

4.      Where statements made by other individuals (including other law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and

1

in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part.

5.      As a Special Agent with the U.S. Drug Enforcement Administration, I am an investigative law enforcement officer of the United States of America within the meaning of Title 18, United States Code, Section 2510(7). I am empowered by law to conduct investigations of, and to make arrests for, offenses related to the Drug Enforcement Administration ("DEA"), as authorized by Title 21, United States Code, Section 878.

6.      I have been a DEA Special Agent since May 2025. Prior to my employment with the DEA, I was employed as a Police Officer in the State of Delaware and State of Montana, for approximately nine years. During my nine years as a Police Officer, I spent two years working on a Mobile Enforcement Team which focused on targeting and disrupting violent offenders as well as street level narcotics investigations. I also spent two years in the investigations division as a property crime investigator. In this role, I was tasked with investigating felony level property crimes to include burglary, theft and fraud. I have completed a 17-week DEA Basic Agent Training (BAT) course in Quantico, Virginia. As part of the BAT course, I have received training in narcotic investigations, narcotic interdiction, identification of narcotics, search and seizure issues, preparing search warrants, surveillance, techniques, preparation and execution of narcotic search warrants, debriefing of defendants, witnesses, and cooperating sources. I am also a graduate of the 27-week basic New Castle County Police Academy. I attended Wilmington University and graduated with a bachelor's degree of Science in Criminal Justice.

7.      On a regular basis, I review law-enforcement bulletins and intelligence reports regarding narcotic trafficking and smuggling and remain in communication with counterparts to

2

remain up to date with modern techniques and trends used by narcotic traffickers in the domestic and international arena.

**Probable Cause**

8.      In January 2026, your Affiant learned that in September 2025, two shipments of excipient powder, with a gross weight of approximately 35 kilograms, were delivered to a residence on Adelaide Dr in Toledo, Ohio. The packages containing excipient powder were addressed and billed to alias "Richard Weaver" with an associated phone number of (XXX) XXX-7285[1] and email "badas78@gmail.com". Law enforcement inquiries revealed (XXX) XXX-7285 belongs to Jeremy **BADAS** with an associated address at **BADAS**' residence on Adelaide Dr. Based on my training and experience, your Affiant knows that excipient powder is used to formulate pills, capsules, and tablets, and are commonly mixed with illicit substances to manufacture counterfeit pharmaceuticals.

9.      On February 2, 2026, the Toledo Police Department conducted a traffic stop of a black 2015 GMC Yukon (**BADAS'** Yukon) in the area of Interstate 75 (I-75) south and Exit 201, in Toledo, Ohio for a traffic violation. TPD conducted a search of **BADAS'** Yukon and located a white "DR 15 Day Cleanse" pill bottle behind the infotainment screen of the vehicle. Inside the pill bottle was approximately 188 round peach-colored pills stamped "DP 30". When asked by TPD, **BADAS** advised the pills belonged to him and that he had approximately $1,300.00 of U.S. currency in his pants pocket. Approximately 188 pills were seized from **BADAS,** and subsequent field testing revealed a positive indication for the presence of Methamphetamine. A search of the stamp on the pills revealed orange circle "DP 30" pills are commonly found to be Adderall. Your Affiant is aware that individuals who manufacture counterfeit pharmaceuticals, specifically

---

[1] According to T-Mobile, in response to an administrative subpoena, cellular phone number (XXX) XXX-7285 has a listed subscriber of Jeremy Badas.

3

counterfeit stimulants like Adderall, utilize a mixture of excipient powder and methamphetamine to mimic the effects of said stimulant.

10.      On February 10, 2026, at approximately 2:30 P.M., investigators observed **BADAS** exit his residence at Adelaide residence and enter the front passenger seat of **BADAS'** Yukon. Moments later **BADAS'** girlfriend Crystal **HARTFORD** exited the residence and entered the front driver's seat of **BADAS'** Yukon. Investigators observed **BADAS'** Yukon depart from the residence and stop just down the street around Adelaide Drive and Sullivan Road and meet door-to-door with a black van. Investigators then observed **HARTFORD** and the unknown male driver of the van extend their arms towards one another. Moments after the exchange, investigators observed both vehicles departed the area. Through your Affiant's training and experience this type of activity is consistent with a hand-to-hand drug transaction.

11.      On the same date, investigators were notified of an international parcel that had been then-recently delivered to **BADAS** at the Adelaide residence on February 3, 2026. The parcel contents were described as "PET PLASTIC SUB-PACKAGIN BOTTLES". An internet search of the parcel contents description revealed multiple online retailers selling bulk quantities of plastic pill containers/bottles. Your Affiant is aware that individuals who manufacture counterfeit pharmaceuticals, specifically counterfeit stimulants like Adderall, oftentimes will attempt to package (bottle) and sell the counterfeit pills in a way to resemble legitimate pharmaceuticals.

12.      On March 23, 2026, investigators reviewed electronic surveillance and observed **BADAS'** Yukon stopping at the Extra Space Storage located on Lewis Ave in Toledo on several occasions since March 14, 2026. Investigators were able to determine that **BADAS'** Yukon

4

visited the Extra Space Storage in March of 2026 on the following dates: March 14, March 15, March 17 and March 22, 2026.

13.     Following the issuance of an Administrative Subpoena to Extra Space Storage investigators were able to determine that **BADAS** was visiting unit #1239 (5'x 5' unit). Following the issuance of an administrative subpoena, investigators reviewed surveillance footage from the Extra Space Storage for the following dates in March:

   a.  **March 14, 2026** - Investigators observed **BADAS'** Yukon arrive at the Extra Space Storage at approximately 11:04 A.M. and park inside the building via the overhead garage door. **HARTFORD** exited the driver's seat of the vehicle and **BADAS** exited the front passenger seat. Both were then seen walking to unit #1239, unlocking the padlock, and opening the door to the storage unit. Moments later, **BADAS** was observed removing a hand truck/dolly with what appeared to be a desktop style tablet press partially covered by a black trash bag. **BADAS** was seen pushing the suspected tablet press on the hand truck to **BADAS'** Yukon and departing the storage facility at approximately 11:09 A.M. Electronic surveillance then showed **BADAS'** Yukon driving directly to a residence on Bennett Road where it remained stationary for approximately three hours before returning to the Adelaide residence.

   b.  **March 15, 2026** - Investigators observed **BADAS'** Yukon via electronic surveillance arrive at the Bennett Road residence at approximately 3:24 P.M. After a one minute stay, **BADAS'** Yukon departed and drove directly to the Extra Space Storage at approximately 3:30 P.M. and parked inside the building via the overhead garage door. **HARTFORD** exited the driver's seat of the vehicle and

5

BADAS exited the front passenger seat. Both were then seen walking to unit #1239 as BADAS pushed a hand truck loaded with what appeared to be the same desktop style tablet press partially covered by a black trash bag. BADAS then placed the suspected tablet press inside of the unit. HARTFORD then carried a large cardboard box, black plastic tote and aluminum pan from BADAS' Yukon and placed it in the storage unit. HARTFORD and BADAS then secured the unit and departed from the storage facility at approximately 3:30 P.M.

c. **March 17, 2026** - Investigators observed BADAS' Yukon arrive at the Extra Space Storage at approximately 11:22 P.M. and park inside the building via the overhead garage door. HARTFORD exited the driver's seat of the vehicle and BADAS exited the front passenger seat. Both were seen walking to unit #1239 as BADAS carried a cardboard box. HARTFORD unlocked the padlock and opened the door to the storage unit and BADAS placed the cardboard box inside the unit. Moments later, BADAS removed a hand truck/dolly with what appeared to be a desktop style tablet press partially covered by a black trash bag and then walked the suspected tablet press to BADAS' Yukon. HARTFORD then removed a black plastic tote and secured the storage unit and returned to BADAS' Yukon. Both departed from the storage facility at approximately 11:27 P.M and investigators observed BADAS' Yukon drive directly to the Adelaide residence where it remained stationary for the night.

d. **March 22, 2026** - Investigators observed BADAS' Yukon via electronic surveillance depart from the Adelaide residence and drive directly to the Extra Space Storage at approximately 11:04 P.M. and park inside the building via the

6

overhead garage door. **HARTFORD** exited the driver's seat of the vehicle and **BADAS** exited the front passenger seat. Both were then seen walking to unit #1239 as **BADAS** pushed a hand truck loaded with what appeared to be the same desktop style tablet press partially covered by a black trash bag. **BADAS** then placed the suspected tablet press inside of the unit. **HARTFORD** then pushed a cart loaded with three cardboard boxes from **BADAS'** Yukon and placed it in the storage unit. **HARTFORD** and **BADAS** then secured the unit and departed from the storage facility at approximately 11:10 P.M.

14.     On April 18, 2026, at approximately 9:14 AM, investigators observed via electronic surveillance as **BADAS'** Yukon arrived at the Extra Space Storage.  At approximately 9:24 AM, investigators observed via electronic surveillance as **BADAS'** Yukon departed from the Extra Space Storage and drove directly to **BADAS'** home, the Adelaide residence. Investigators later reviewed surveillance footage from Extra Space Storage and observed **BADAS** and **HARTFORD** exit **BADAS'** Yukon and both approach unit #1239. **HARTFORD** was observed accessing the unit by key. **HARTFORD** was observed via surveillance removing a large cardboard box suspected of containing excipient powder as well as a large plastic tote and other manufacturing materials. **BADAS** then removed a hand truck/dolly with what appeared to be a "desktop" style tablet pill press. Investigators have consistently seen these items being removed at the same time as the suspected tablet pill press.

15.     Continuing that same day, at approximately 2:51 PM, investigators observed **HARTFORD** via electronic surveillance depart from the Adelaide residence in **BADAS'** Yukon. Toledo Resident Office (TRO) investigators maintained constant visual surveillance of **HARTFORD**.  At approximately 2:59 PM, investigators observed, via electronic surveillance,

7

**HARTFORD** arrive at the Extra Space Storage in **BADAS'** Yukon and unload the same large cardboard box, plastic tote and manufacturing materials previously removed from the storage unit that morning. **HARTFORD** then placed the items back into unit #1239 and departed the area.

16. On April 19, 2026, at approximately 8:16 AM, investigators observed via electronic surveillance as **BADAS'** Yukon departed from the Adelaide residence and traveled directly to the Extra Space Storage arriving at 8:25 AM. At approximately 8:31 AM, **BADAS'** Yukon departed from Extra Space Storage and traveled directly to the Adelaide residence, arriving at 8:42 AM.

17. Investigators later reviewed surveillance footage from the Extra Space Storage and observed **BADAS** and **HARTFORD** arrive in **BADAS'** Yukon. **BADAS** was observed walking from **BADAS'** Yukon pushing the same hand truck/dolly holding what appeared to be the tablet pill press that was previously removed the day prior. **BADAS** was seen placing the tablet pill press back into unit #1239. **HARTFORD** secured the unit before both departing from the facility.

18. On April 27, 2026, at approximately 4:02 P.M., investigators observed via electronic surveillance **HARTFORD** exit the front door of the Adelaide residence and enter the driver's seat of her white Cadillac CT6 and depart from the residence. A short time later investigators observed via electronic surveillance as **HARTFORD** arrived to the Extra Space Storage in her white Cadillac. **HARTFORD** then accessed unit #1239. Moments later, **HARTFORD** exited from unit #1239 carrying a medium sized Amazon box, returned to her vehicle and departed from the storage unit. Investigators have observed **HARTFORD** remove from unit #1239 on numerous occasions the same or similar Amazon box.

19.     On April 30, 2026, at approximately 3:23 P.M., investigators observed via electronic surveillance as **HARTFORD** arrived at the Extra Space and access unit #1239. Investigators observed **HARTFORD** exiting the unit carrying a medium sized brown cardboard box in her arms. **HARTFORD** departed from the Extra Space Storage in her Cadillac CT6 and was seen by investigators arriving to the Bennett residence. **HARTFORD** was observed unloading what appeared to be the same cardboard box from the rear seat of her vehicle and entering the residence.  Minutes later, investigators observed **HARTFORD** exit the Bennett residence carrying what appeared to be the same cardboard box and placing it in the trunk of her vehicle. Investigators then observed **HARTFORD** arrive back to the Extra Space Storage unit #1239 carrying what appeared to be the same box and placing it inside.  **HARTFORD** then exited the storage unit empty handed and departed the area.

20.     Through your affiants training and experience, your affiant is aware that individuals involved in narcotics trafficking commonly use multiple locations "stash houses" to conceal narcotics. Your affiant has observed **HARTFORD** and **BADAS** meet with several individuals at the Bennett Rd residence for short periods of time. Several of these meetings by **HARTFORD** were following the removal of boxes and packages from unit #1239 at the Extra Space Storage. Your affiant is also aware individuals involved in narcotics trafficking commonly utilize packaging (boxes, bags, etc.) as vessels to conceal and transport narcotics to avoid detection by law enforcement and the public eye.

21.     At approximately 7:37 P.M. investigators observed via electronic surveillance **HARTFORD** exit the front door of Adelaide residence carrying what appeared to be a multi-colored re-usable shopping bag over her shoulder. **HARTFORD** was observed placing the bag in the trunk of her white Cadillac CT6 and departing. **HARTFORD** was observed arriving to the

9

Extra Space Storage a short time later. Investigators observed **HARTFORD** remove what appeared to be the same grocery-style bag from the trunk and placing it in unit #1239.

22.      On May 8, 2026, at approximately 1:10 P.M., investigators observed via electronic surveillance as **HARTFORD** arrived at the Extra Space Storage and access unit #1239. Moments later, **HARTFORD** was seen exiting unit #1239 with what appeared to be the same multi-colored reusable shopping bag she placed into the unit on May 6, 2026. Your affiant observed the bag over **HARTFORD's** shoulder, and it appeared as if the bag had weight to it. Investigators maintained constant visual surveillance of **HARTFORD** as she departed from Extra Space Storage.

23.      Later that evening, at approximately 5:18 P.M., investigators observed via electronic surveillance as **HARTFORD** arrived at the Extra Space Storage in her Cadillac CT6. **HARTFORD** was observed approaching unit #1239 carrying what appeared to be the same multi-colored reusable shopping bag and placing it back into the unit. Your affiant noticed the bag was folded up and tucked under **HARTFORD's** arm as if it was empty.

24.      On May 9, 2026, at approximately 6:34 P.M., investigators observed via electronic surveillance as **HARTFORD** arrived to Extra Space Storage and access unit #1239. **HARTFORD** exited moments later carrying a large plastic tote, large aluminum foil pan and what appears to be the same multi-colored reusable shopping bag previously seen by investigators the day prior. **HARTFORD** was then observed returning to the unit and removing a large cardboard box that investigators suspect of containing excipient powder. Investigators have seen many of these items previously removed within close proximity of **BADAS** removing a tablet pill press from the same unit. A short time later, investigators observed **HARTFORD**

10

arrive back at the Adelaide residence and unload the large plastic tote, aluminum foil pan, cardboard box and multi-colored shopping bag into the residence.

25. At approximately 11:39 P.M., investigators observed via electronic surveillance as **BADAS** and **HARTFORD** arrived at Extra Space Storage. Investigators observed **BADAS** and **HARTFORD** access unit #1239**. BADAS** removed the same red hand truck/dolly containing what appeared to be a "desktop" style tablet pill press and **HARTFORD** was seen carrying a large cardboard box. Investigators observed **BADAS** load the suspected tablet pill press into the rear of **BADAS'** YUKON and **BADAS** and **HARTFORD** departed from Extra Space Storage and traveled directly home to the Adelaide Dr residence.

26. On May 10, 2026, the Honorable United States Magistrate Judge Darrell A. Clay of the Northern District of Ohio authorized search warrants at the Adelaide Dr residence, Extra Space Storage #1239, and the Bennett Rd residence**.**

27. On May 10, 2026, at approximately 1:39 P.M. investigators observed via electronic surveillance as **HARTFORD** walked from the Adelaide Dr residence and placed a large cardboard box, a black plastic tote, and a gray plastic tote into the white Cadillac CT6. At approximately 1:57 P.M. investigators observed via electronic surveillance as **HARTFORD** arrived at Extra Space Storage, and placed a large cardboard box, a gray plastic tote, and a black plastic tote inside unit #1239 as shown below:



28.     On May 10, 2026, at approximately 11:25 P.M., investigators observed **BADAS** and **HARTFORD** load the suspected tablet pill press into the rear of **BADAS'** Yukon in the driveway at Adelaide residence.  At approximately 11:45 P.M., investigators observed via electronic surveillance as **BADAS** and **HARTFORD** arrived at Extra Space Storage #1239 in **BADAS'** Yukon. Investigators observed **HARTFORD** key into the unit and open the door while **BADAS** used a hand truck/dolly to move the suspected tablet pill press into the unit:



29.     On May 11, 2026, at approximately 7:00 A.M., investigators executed a search warrant at the Adelaide Dr residence. Law Enforcement located **HARTFORD** and **BADAS** on a bed in the basement of the residence. During the search, Law Enforcement discovered a firearm beneath a pillow where **HARTFORD** was laying. Investigators also identified an area of the basement at the bottom of the stairs with an orange, powdery residue along the walls, on a desk, and on the floor. In this same area, investigators located multiple round orange pills stamped "DP-30" scattered on the floor. In the upstairs of the residence, investigators discovered a tan purse containing items belonging to **HARTFORD**. Investigators also located a clear plastic bag containing approximately 15 round orange pills stamped "DP-30". Field testing later confirmed the presence of methamphetamine in the orange pills.

30.     On May 11, 2026, at approximately 7:15 A.M., investigators executed a search warrant at Extra Space Storage unit #1239. During the search of the location, investigators discovered a desktop style tablet pill press which was coated in an orange powdery residue. Investigators identified the dye set stamp on the press as "DP 30". Also located was a gray plastic tote containing numerous items to aid in the production of illicit narcotics. These items included grinders, scales, a sifter, catch pans, and mixing bowls, all of which were coated in an orange powdery residue. Investigators discovered an Aldi reusable shopping bag which held two plastic bags containing round, orange-colored pills stamped "DP 30" with a total approximately weight of 223.3 gross grams. This later field-tested positive for the presence of methamphetamine.

31.     A black plastic tote was also located containing 10 plastic bags of round peach-colored pills stamped "DP 30" with an approximate weight of 3200 gross grams. This later field-tested positive for the presence of methamphetamine.

32.     Investigators also discovered a cardboard box with a sticker on the outside reading "Subway-Sylvania #649". Inside of the box investigators located 4 plastic bags of round, orange-colored pills stamped "DP 30" with a total approximate weight of 3030.7 gross grams. This later field-tested positive for the presence of methamphetamine. HARTFORD is an area manager for Subway and travels to Subways in and around Toledo, Ohio daily.

33.     Investigators also discovered three bags of orange/peach colored powder with a total approximate weight of 9035.6 gross grams. This later field-tested positive for the presence of methamphetamine. BADAS advised that the powder found in the storage unit was all mixed by him with methamphetamine but not yet stamped due to him feeling adverse effects from pressing pills the day prior.

13

34.      Investigators also discovered a cardboard box containing six plastic bags of suspected methamphetamine with a total approximate weight of 2765 gross grams. This later field-tested positive for methamphetamine. BADAS advised investigators that he had previously purchased ten pounds of meth for $10,000 in February 2026. BADAS advised he believed there were six to seven pounds remaining and he typically mixes one pound of methamphetamine to eight pounds of excipient powder.

35.      Also discovered inside a cardboard box was a loaded silver Kimber Micro-9 with one round in the chamber and 3 additional rounds in the magazine.

## CONCLUSION

36.      Based on the information set forth in this Affidavit, and my training and experience, I respectfully submit there is probable cause to believe that between February and May, 2026,  **BADAS** and **HARTFORD** committed violations of Title 21, United States Code, Sections 841(a)(1) and 846 –Possession with Intent to Distribute a Controlled Substance and Drug Conspiracy in the Northern District of Ohio.  For these reasons, I respectfully request that the Court authorize a criminal complaint and issue an arrest warrant for **BADAS** and **HARTFORD**.

Respectfully submitted,

Michael J. LaPointe, SA, DEA

Sworn to via telephone on this 12th day of
May 2026 after submission by reliable
electronic means Fed.R.Crim.P. 4.1 and 41(d)(3).

DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE